# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHRISTOPHER JONES,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
  and
THE STATE OF NEVADA; AND
WILLIAM HUTCHINGS, WARDEN,
Real Parties in Interest.

No. 82139

FILED

DEC 24 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION FOR A
## WRIT OF MANDAMUS OR PROHIBITION

This original pro se petition for a writ of mandamus or prohibition appears to challenge petitioner's sentence for use of a deadly weapon, which he contends violates double jeopardy. Petitioner also argues that his sentence structure is illegal.

A challenge to a judgment of conviction must be raised in a postconviction petition for a writ of habeas corpus filed in the district court in the first instance. *See* NRS 34.724; NRS 34.738; NRAP 22.

20-46491

Therefore, without deciding the merits of the claims raised herein, we determine that our intervention is not warranted, *see* NRAP 21(b); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) ("Petitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted."). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Pickering

_____, J.        _____, J.
Hardesty                                          Silver

cc:    Christopher Jones
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk